IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY, #291 560, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:19-CV-1067-WHA-CSC ) |
| OFFICER LANIER, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

This action is brought by a prisoner proceeding *pro se* alleging a violation of his civil rights.  *See* 42 U.S.C. § 1983.  The Complaint was previously screened under 28 U.S.C. § 1915(g) and dismissed. *See* Docs. 3, 8, 9. That dismissal was reversed and the case remanded by the Eleventh Circuit for further proceedings.[1] *See Jacoby v. Lanier*, ___ F. App'x ___, 2021 WL 1016417 (11th Cir. March 17, 2021 ) (per curiam).

Accordingly, the Clerk is DIRECTED to re-open the above-styled case on the Court's docket.

It is

ORDERED that:

1. The  Order and Final Judgment (Docs. 8, 9) are VACATED.

---

[1] The Eleventh Circuit determined Plaintiff had adequately alleged he was in "imminent danger" of serious physical injury through his identification of defendants by name and by his allegations of past harms and threats of future harm specific enough to satisfy the imminent danger standard. *Jacoby v. Lanier,* 2021 WL 1016417 at *3 (11th Cir. March 17, 2021).

2. The Recommendation of the Magistrate Judge (Doc. 3) is WITHDRAWN.

This case is referred to the Magistrate Judge for further proceedings upon completion of the directives in this Order.

Done, this 2nd day of April 2021.

    /s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE