IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRENT WILLIAM JACOBY,        )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )       2:19cv1067-MHT
                             )            (WO)
OFFICER LANIER, et al.,      )
                             )
     Defendants.             )
```

ORDER

This case is before the court on plaintiff's objection (Doc. 97) to the June 28, 2022, order of the United States Magistrate Judge (Doc. 91) denying plaintiff's motion (Doc. 90) for an order requiring the defendants to furnish plaintiff with a copy of their written report or for the court to send him a copy of the written report. In the motion, plaintiff represents that he does not have a copy of the special report and that he needs it to respond.

After the denying plaintiff's initial motion, the United States Magistrate Judge granted plaintiff's subsequent motion for a courtesy copy of the written

report (Doc. 95) and has extended the time for him to respond to the written report to August 2, 2022.  *See* Order on Motion (Doc. 100).  It appears, therefore, that plaintiff's objection to the magistrate judge's earlier order (Doc. 91) is moot.

Accordingly, it is ORDERED that plaintiff's objection is overruled because it is moot.

DONE, this the 22nd day of July, 2022.

          /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**