IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRENT WILLIAM JACOBY,       ) | |
|                                 ) | |
| Plaintiff,       ) | |
|                                 ) | CIVIL ACTION NO. |
| v.       ) | 2:19cv1067-MHT |
|                                 ) | (WO) |
| OFFICER LANIER, et al.,       ) | |
|                                 ) | |
| Defendants.       ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Brent William Jacoby, a state prisoner, filed this lawsuit against several correctional officers contending that defendants subjected him to excessive force, acted with deliberate indifference to his serious medical needs, subjected him to unconstitutional conditions of confinement, and deprived him or allowed him to be deprived of his property. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that four of the defendants' motion for summary judgment be granted in part and denied in part, that a fifth defendant be dismissed pursuant to Federal Rule of Civil Procedure

4(m), and that the case be set for trial on the surviving claims against three defendants: Sergeant Nicholas Hall, Lieutenant Terrence Calvin, and Officer Guntaye Clay. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

    An appropriate judgment and orders will be entered.

    DONE, this the 17th day of January, 2023.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**