IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRENT WILLIAM JACOBY, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:19cv1067-MHT |
| | ) | (WO) |
| SERGEANT NICHOLAS HALL, et al., | ) | |
| | ) | |
|    Defendants. | ) | |

ORDER

Pending the setting of a jury trial on plaintiff Brent William Jacoby's claims of excessive force and deliberate indifference against defendants Sergeant Nicholas Hall, Lieutenant Terrence Calvin, and Officer Guntaye Clay, it is ORDERED that, pursuant to 28 U.S.C. § 636, this case is referred to the United States Magistrate Judge to pursue mediation, appointment of counsel through the Pro Se Assistance Program to represent plaintiff Jacoby in the mediation, and if the mediation fails, appointment of counsel for trial.

The clerk of court is DIRECTED to close this case

**administratively pending the mediation process. If mediation fails, the case will be reopened for trial.**

**DONE, this the 17th day of January, 2023.**

                                                  /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**